Case 1:10-cr-00010-ENV   Document 246   Filed 10/24/11   Page 1 of 1 PageID #: 1007

# Stephen Block

*New York Credentialed Problem Gambling Counselor*
*Past President, New York Council On Problem Gambling*

Joseph Mure, Jr.
26 Court Street
Brooklyn, NY 11242
Re: Eric Maione (Docket No. 10-CR-10(S-6)-04)

October 17, 2011

Dear Mr. Mure,

At your request, I conducted an interview and evaluation on September 20, 2011 with Mr. Eric Maione (dob: 07/02/1975) in his office at 96-11 101st Avenue, Ozone Park, NY. A widely accepted gambling assessment screen and a narrative interview were utilized to determine Mr. Maione's pattern of gambling and whether a diagnosis of DSM-IV Pathological Gambling could be applied to him.

On the DSM-IV Pathological Gambling screen, Mr. Maione scored 10/10 with a severity of 22/30. This score would indicate a diagnosis of DSM-IV 312.31 Pathological Gambling. Mr. Maione has a long history of problem gambling. He was raised in a family and in a neighborhood in Brooklyn where gambling was an accepted form of social activity. Gambling on cards, dice, betting on sports and horses, lottery, bowling and playing pool for money were activities that Mr. Maione and his peers engaged in on a regular basis. As indicated in his "Presentence Investigation Report," he bet on football, basketball and baseball games for many years. The amount of money he bet and the number of games he bet on increased over time. This escalation is indicative of the progressive, persistent nature of pathological gambling. The motivation to win money was soon replaced by the need for excitement and action that gambling provided. Mr. Maione also frequented casinos in Atlantic City and Las Vegas. As is common with problem gamblers, Mr. Maione at times would borrow money to gamble and utilized his credit cards to secure money for gambling. In a typical manner he would "chase his losses" and often gamble longer than he had planned. Pathological gambling is classified as an impulse control disorder and his history indicates an inability to control his impulse to gamble. Mr. Maione gambling has remained untreated. Because of the conditions of his pretrial supervision, he has not gambled in some period of time. He has expressed his willingness to participate in gambling specific treatment when the opportunity should arise.

Subsequent to the initial assessment, I have seen Mr. Maione for two additional psychotherapy sessions. The focus of these sessions was on insight development and identifying a relapse prevention plan for Mr. Maione. Since gambling specific treatment is not available in federal correctional institutions it is important to prepare for the new environment and minimize the risk of relapse. When under post-correctional supervision Mr. Maione can resume a treatment regimen.

In my professional opinion Mr. Maione would benefit greatly from addressing his problem gambling through individual and group therapy as well as engagement in Gamblers Anonymous meetings. This treatment regimen has proved successful for many problem gamblers with similar backgrounds and histories.

Mr. Maione signed the appropriate consent and release form to allow me to communicate with your office.

Respectfully,

*Stephen Block*

Stephen Block, CPGC
New York State Credentialed Problem Gambling Counselor (Credential #2)

95-11 Shore Road, Suite C, Brooklyn, NY 11209    917 846 1933    Email: smb512@aol.com